AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

STACEY KUKES,

      *Plaintiff*

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

      *Defendant*

Civil Action No. 1:15-CV-03166-JTR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ___ recover from the defendant *(name)* ___ the amount of ___ dollars ($ ___), which includes prejudgment interest at the rate of ___ %, plus post judgment interest at the rate of ___ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ___ recover costs from the plaintiff *(name)* ___ .

☑ other: Defendant's Motion for Summary Judgment, ECF No. 16, is **GRANTED**.
Plaintiff's Motion for Summary Judgment, ECF No. 14, is **DENIED**.
Judgment shall be entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge ___ presiding, and the jury has rendered a verdict.

☐ tried by Judge ___ without a jury and the above decision was reached.

☑ decided by Judge   JOHN T. RODGERS   on motions for summary judgment.

Date: May 6, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Pam Howard
      *(By) Deputy Clerk*
Pam Howard